1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM SERVICES LLC, a Delaware corporation,

                        Petitioner,

     v.

INDECOR HOME CO.;
PRIME TRADERS CORP.,

                        Respondents.

No. _____

[PROPOSED] ORDER GRANTING PETITION TO CONFIRM ARBITRATION AWARD

This matter comes before the Court on Petitioner Amazon.com Services LLC's ("Amazon") Petition to Confirm Arbitration Award ("Petition").  The Court has carefully considered the Petition and supporting declaration and exhibits, any opposition thereto, and any other relevant pleadings and papers.

**IT IS HEREBY ORDERED:**

1.      The Court finds that the final arbitration award ("Final Award"), attached as Exhibit C to the Declaration of Lauren Rainwater (Dkt. ___), was properly issued by the duly-appointed arbitrator, Melvyn J. Simburg, on April 20, 2022, in an arbitration proceeding before the American Arbitration Association, Case No. 01-20-0000-5267.  The Award has not been modified, corrected, or vacated since entry.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

2.      The Court further finds that Respondents Indecor Home Co. and Prime Traders Corp. ("Respondents") were served with the statutorily required notice of the Petition in accordance with 9 U.S.C. § 9 and Federal Rule of Civil Procedure 4.  *See Amazon.com, Inc. v. Arobo Trade, Inc.*, No. C17-0804JLR, 2017 WL 3424976, at *4 (W.D. Wash. Aug. 9, 2017).

3.      Based on the foregoing, the Court confirms the Award in its entirety.

4.      The Clerk of the Court is directed to **ENTER JUDGMENT** in conformity with the Final Award as follows:

a.   Judgment in favor of Amazon against Respondent Indecor Home Co., in the amount of $790,710.27;

b.   Judgment in favor of Amazon against Respondent Prime Traders Corp., in the amount of $48,006.92;

c.   Judgment in favor of Amazon against Respondents Indecor Home Co. and Prime Traders Corp., *jointly and severally*, in the amount of $89,295.00; and

d.   The awarded amount bears simple interest at 12% per annum until paid in full, in accordance with the Final Award.

5.      The Court retains jurisdiction for the purposes of post-judgment discovery and supplemental proceedings in aid of judgment or execution pursuant to Federal Rule of Civil Procedure 69(a).


**SO ORDERED** this _____ day of _____, 2022.


_____
UNITED STATES DISTRICT JUDGE

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

1

Presented by:

2

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Petitioner Amazon.com, Inc.*

3

4

*s/ John Goldmark*
John A. Goldmark, WSBA #40980

5

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300

6

Seattle, WA  98104
Tel:  (206) 622-3150

7

Fax:  (206) 757-7700
Email:  johngoldmark@dwt.com

8

Email:  laurenrainwater@dwt.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER CONFIRMING ARBITRATION AWARD – 3